# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| SHAUNDA KELLY, an individual; ) | **Summons** |
| ) | (Issued pursuant to Rule 4 of |
| ) | the Federal Rules of Civil |
| Plaintiff, ) | Procedure or other appropriate |
| ) | law.) |
| v. ) | |
| ) | CIVIL ACT. CASE NUMBER: |
| BANANA REPUBLIC, LLC, ("BANANA"), ) | 2:14-cv-~~00175~~-WMA |
| a foriegn corporation; GE CAPITAL BANK ("GE"), ) | 1572 |
| a corporation; ) | |
| ) | |
| Defendants. ) | |

### Summons in a Civil Action

To:  BANANA REPUBLIC, LLC
*C/O CT Corp. Syst.*
2 North Jackson Street, Ste. 605
Montgomery, AL 36104

A lawsuit has been filed against you.

Within ____21____ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff (and return to the clerk of court) an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

THE TRINITY LAW GROUP, LLC
1933 Richard Arrington, Jr. Blvd. S., Ste. 233
Birmingham, AL 35209
P: 205-820-9474 / F: 205-776-2695

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.  <u>You also must file your answer or motion with the court</u>**.

DATE: 8/19/14                                               SHARON N. HARRIS, CLERK

                                                              By: _____
SEE REVERSE SIDE FOR RETURN                          ~~Deputy~~ Clerk

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| SHAUNDA KELLY, an individual; | ) | **Summons** |
| | ) | (Issued pursuant to Rule 4 of |
| | ) | the Federal Rules of Civil |
| Plaintiff, | ) | Procedure or other appropriate |
| | ) | law.) |
| v. | ) | |
| | ) | CIVIL ACT. CASE NUMBER: |
| BANANA REPUBLIC, LLC, ("BANANA"), | ) | 2:14-CV-~~00175~~-WMA |
| a foriegn corporation; GE CAPITAL BANK ("GE"), | ) | 1572 |
| a corporation; | ) | |
| | ) | |
| Defendants. | ) | |

**Summons in a Civil Action**

To:    GE CAPTIAL BANK
       *C/O CT Corp. Syst.*
       2 North Jackson Street, Ste. 605
       Montgomery, AL 36104

A lawsuit has been filed against you.

Within ___21___ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff (and return to the clerk of court) an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

THE TRINITY LAW GROUP, LLC
1933 Richard Arrington, Jr. Blvd. S., Ste. 233
Birmingham, AL 35209
P: 205-820-9474 / F: 205-776-2695

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.**

DATE: 8/19/14

SHARON N. HARRIS, CLERK

By: _____
Deputy Clerk

SEE REVERSE SIDE FOR RETURN

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203