IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SHAUNDA KELLY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | |
| BANANA REPUBLIC, LLC, et al., ) | 2:14-CV-01572-WMA |
| ) | |
| Defendants. ) | |

### JOINT STIPULAITON OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff and Defendants, by and through their undersigned counsel, and jointly stipulate to the dismissal **with prejudice** of all of Plaintiff's claims against Defendants.  Each party is to bear its own costs.

Respectfully submitted this 6th day of March, 2015.

<u>s/ Brian Spellen</u> (w/ express permission)
The Trinity Law Group, LLC
3800 Colonnade Parkway, Suite 330
Birmingham, Alabama 35243
(205) 298-1011

*Counsel for Plaintiff*

<u>s/ Brian P. Kappel</u>
Lightfoot, Franklin & White, LLC
The Clark Building
400 North 20th Street
Birmingham, Alabama  35203
Telephone (205) 581-0700

*Counsel for Defendants Banana Republic, LLC, and Synchrony Bank f/k/a GE Retail Capital Bank*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of March, 2015, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF document filing system, which will send an electronic notice of filing to all counsel of record.

*s/ Brian P. Kappel*
Of Counsel