FILED
2015 Mar-06  PM 02:27
U.S. DISTRICT COURT
N.D. OF ALABAMA

```
                IN THE UNITED STATES DISTRICT COURT
               FOR THE NORTHERN DISTRICT OF ALABAMA
                         SOUTHERN DIVISION

SHAUNDA KELLY,                     }
                                   }
     Plaintiff,                    }
                                   }     CIVIL ACTION NO.
v.                                 }     2:14-CV-1572-WMA
                                   }
BANANA REPUBLIC, LLC, et al,       }
                                   }
     Defendants.                   }
```

### ORDER

Pursuant to the joint stipulation of dismissal filed on March 6, 2015 by plaintiff, and defendants, the above-entitled action is hereby **DISMISSED WITH PREJUDICE**.

The parties shall bear their own respective costs.

DONE this 6th day of March, 2015.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE